with CATHERINE C. ARMSTRONG, as Administratrix, etc., Respondent.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CARL. D. RITZWOLLER, Respondent, v. GUSTAV LURIE and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, the demurrers sustained and the complaint dismissed on the authority of *Ritzwoller* v. *Lurie* (176 App. Div. 100). Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

DANIEL W. BUHL, Appellant, v. JOSEPH COWAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GREENE, True Name LOUIS ELLIS, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

FREDERICK KEITH, Respondent, v. MATILDA SUSSMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JAMES LYNCH, Appellant, v. JOHN T. O'REILLY, Individually and as Executor, etc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN KEPNER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HELENE SCHUETZE, Respondent, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE CITY OF NEW YORK, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Appellants.— Judgment affirmed, with costs. See *City of New York* v. *Brooklyn Heights R. R. Co.* (168 App. Div. 904). Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith; JJ.

MARTHA G. HACKNEY, Appellant, v. THE WALDORF ASTORIA HOTEL COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOHN C. BRUNTON, as Administrator, etc., Respondent, v. ZADAH H. REAKIRT, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $5,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

PHILIP J. RENNOLDS, Doing Business under the Firm Name and Style of J. A. RENNOLDS & BRO., Appellant, v. GEORGE W. ROGERS & COMPANY,